IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **WALTER JACKSON,** ) | Civil Action No. 7:14-cv-00397 |
|     **Plaintiff,** ) | |
| ) | **OPINION** |
| **v.** ) | |
| ) | By:    James P. Jones |
| **E. MONTROZO,** ) | United States District Judge |
|     **Defendant(s).** ) | |

Walter Jackson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 31, 2014, the court directed plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official at which plaintiff is or was confined during that six-month period. On August 14, 2014 the court received an incomplete inmate account report and entered an additional order allowing plaintiff to correct the deficiencies by directing plaintiff to return the required paperwork within 10 days from the date of the Order. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This  4th  day of September, 2014.

                                                                             s/ James P. Jones
                                                                             United States District Judge